AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

RECEIVED
2022 SEP 15 AM 10: 26
UNITED STATES MARSHALS
COLUMBIA, SC

for the

District of South Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   7:22-779 |
| | ) | |
| | ) | |
| LIONEL MARTIN ROSENADA CABALLERO | ) | |
| a/k/a " Mr. Hustler" | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    LIONEL MARTIN ROSENADA CABALLERO, a/k/a "Mr. Hustler"                       ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 371

Date:   09/14/2022                                          s/Jackie Aiken, Deputy Clerk
                                                           _Issuing officer's signature_
                                                           ROBIN BLUME
                                                           CLERK OF COURT

City and state:     Greenville, South Carolina                 
                                                           _Printed name and title_

---

**Return**

This warrant was received on _(date)_  SEP 15 2022 , and the person was arrested on _(date)_  12/13/2022
at _(city and state)_  Greenville, SC         .

Date:  12/14/2022                              Self Surrender - USMS D/SC
                                              _Arresting officer's signature_

                                              By: P. Schwartz, IA
                                              _Printed name and title_