AO 442 (Rev. 11/11) Arrest Warrant

FID # 11472708

## UNITED STATES DISTRICT COURT
for the
District of South Carolina

RECEIVED
UNITED STATES MARSHAL
10:29 am, Dec 27 2023
DISTRICT OF SOUTH CAROLINA
COLUMBIA

United States of America
v.
Lionel Martin Rosenada Caballero

Case No. 7:22-779

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Lionel Martin Rosenada Caballero,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☑ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violation of conditions of bond.

Date: 12/27/2023

s/Jackie Aiken, Deputy Clerk
*Issuing officer's signature*

City and state: Greenville, South Carolina

Robin L. Blume, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 12/27/2023, and the person was arrested on *(date)* 1-3-2024
at *(city and state)* Greenville, SC

Date: 1-3-2024

*Arresting officer's signature*

Douglas M. Leslie
*Printed name and title*