# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: 7:22-cr-00779-DCC |
| ) | |
| v. ) | |
| ) | **NOTICE OF REQUEST FOR** |
| LIONEL MARTIN ROSENADA ) | **PROTECTION FROM COURT** |
| CABALLERO ) | **APPEARANCE** |

    The Counsel for Defendant respectfully requests protection from any court proceeding being scheduled in this matter from Monday, March 18, 2024, through Friday, March 22, 2024, for a pre-planned trip out of town.

                                                  Respectfully submitted,

                                                  BY: *s/Judea S. Davis*
                                                  Judea Shechinah Davis (D.S.C. Fed. Bar #13440)
                                                  Assistant Federal Public Defender
                                                  75 Beattie Place, Suite 950
                                                  Greenville, South Carolina 29601
                                                  (864) 235-8714
                                                  judea_davis@fd.org

Greenville, SC
January 31, 2024